FILED
US DISTRICT C
DISTRICT OF NEB

SEP 0 9 2005

OFFICE OF THE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CR94 |
| vs. ) | |
| ) | MOTION TO UNSEAL FOR |
| JOSE ELIAS GARCIA, et al., ) | LIMITED PURPOSE |
| ) | |
| Defendant. ) | |

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and respectfully requests this Court issue an Order authorizing the United States to unseal the Receipt filed herein on March 4, 2005 pertaining to telephone numbers 402/210-4446 and 402/312-4730, solely for the purpose of providing a copy to defense counsel.

UNITED STATES OF AMERICA,
Plaintiff

MICHAEL G. HEAVICAN
United States Attorney

BY: _____
NANCY A. SVOBODA (#17429)
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

**ORDER**

IT IS SO ORDERED this 9th day of September, 2005.

_____
F. A. GOSSETT, III
Magistrate Judge
District of Nebraska

on 9/9/05
copy of receipt provided as requested - DKM