IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR94** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JUAN GARCIA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of John J. Velasquez to withdraw as counsel for the defendant, Juan Garcia [111].  Since retained counsel, Stephanie A. Martinez, has entered an appearance for the defendant [108], the motion to withdraw [111] is granted.  Mr. Velasquez shall be deemed withdrawn as attorney of record and  shall forthwith provide Ms. Martinez with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Velaquez which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 23rd day of December, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge