IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JUAN GARCIA and )<br>DIEGO A. LEDEZMA-HERNANDEZ, )<br>)<br>Defendants. ) | 8:05CR94<br><br>**SCHEDULING ORDER** |

    IT IS ORDERED that the following is set for hearing on **February 3, 2006** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Initial Appearance/Arraignment on Superseding Indictment

    Since this is a criminal case, the defendants must be present, unless excused by the Court.   An interpreter will be provided by the Court.

    DATED this 26th day of January, 2006.

                                                  BY THE COURT:

                                                  s/ F.A. Gossett
                                                  United States Magistrate Judge