IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CR94 |
| ) | |
| JUAN GARCIA and ) | **SCHEDULING ORDER** |
| DIEGO A. LEDEZMA-HERNANDEZ, ) | |
| ) | |
| Defendants. ) | |

  IT IS ORDERED that the following is set for hearing on **February 3, 2006** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

  - Initial Appearance/Arraignment on Superseding Indictment

  Since this is a criminal case, the defendants must be present, unless excused by the Court.   An interpreter will be provided by the Court.

  DATED this 26th day of January, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge