IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR94 |
| | ) | |
| JUAN GARCIA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the Court is Defendant's Motion to Withdraw [233]. The motion is granted;

IT IS ORDERED:

1. That the defendant Juan Garcia's Motion to Withdraw [233] is granted (the Clerk shall also terminate defendant's Motion to Withdraw [232] which is filed with an incorrect attachment); and

2. The Motion to Suppress Wiretap Evidence [167] and the Amended Motion to Suppress Wiretap Evidence [214] filed by the defendant are withdrawn.

DATED this 26th day of Mayl, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge