### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CR94** |
| **vs.** ) | |
| ) | **ORDER** |
| **JUAN GARCIA,** ) | **CONTINUING TRIAL** |
| **JOSE ELIAS GARCIA, and** ) | |
| **LEONARDO VARGAS-GONZALEZ,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on the MOTION TO CONTINUE TRIAL filed by Juan Garcia [237]. For good cause shown, trial will be continued to July 5, 2006.

**IT IS ORDERED** that the motion to continue trial [237] is granted, as follows:

1. Trial of this matter is continued from June 27, 2006 to **July 11, 2006** before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **June 27, 2006 and July 11, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act due to defense counsel's scheduling conflicts, and considering the diligence of counsel. Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, be likely to make a continuation of such proceeding impossible, and./or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

3. Counsel for the United States shall confer with defense counsel and, no later than **July 5, 2006**, advise the court of the anticipated length of trial.

4. This order applies to defendants Juan Garcia, Jose Elias Garcia, and Leonardo Vargas-Gonzalez.

**DATED June 12, 2006, 2006.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**