### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CR94 |
| vs. ) | |
| ) | ORDER |
| JUAN GARCIA, ) | CONTINUING TRIAL |
| JOSE ELIAS GARCIA, and ) | |
| LEONARDO VARGAS-GONZALEZ, ) | |
| ) | |
| Defendants. ) | |

In light of the recent arraignment of co-defendant, Thomas Wilson,

**IT IS ORDERED** that the jury trial now set for September 26, 2006 is cancelled. A trial date will be scheduled by further order.

**DATED August 31, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge