## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **JUAN GARCIA,** ) <br> **JOSE ELIAS GARCIA, and** ) <br> **LEONARDO VARGAS-GONZALEZ,** ) <br> ) <br> **Defendants.** ) | **8:05CR94** <br><br> **ORDER** <br> **CONTINUING TRIAL** |

In light of the recent arraignment of co-defendant, Thomas Wilson,

**IT IS ORDERED** that the jury trial now set for September 26, 2006 is cancelled. A trial date will be scheduled by further order.

**DATED August 31, 2006.**

                                         **BY THE COURT:**

                                         **s/ F.A. Gossett**
                                         **United States Magistrate Judge**